UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTOINETT SLAUGHTER,

        Plaintiff,

v.

VALLEY VIEW ILP, et al.,

        Defendants.

CASE NO. 2:25-cv-00543-JHC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 28th day of March, 2025.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge