UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTIONETTE SLAUGHTER,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY VIEW ILP ET AL.,<br><br>Defendants. | CASE NO. 2:25-cv-00543-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. In its April 21, 2025 order dismissing without prejudice Plaintiff's claims under 28 U.S.C. § 1915(e)(2)(B)(ii), the Court granted Plaintiff leave to amend the complaint within 14 days. Dkt. # 12 at 3. Because Plaintiff has not timely filed an amended complaint, the Court DISMISSES this matter without prejudice.

Dated this 7th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 1